JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY W.J., | Case No. CV 23-02628-DMG (SSC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner is affirmed.

DATED: April 22, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE